```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------- X
                                                                :
LIN ZHOU,                                                       :
                                                                :
                                            Plaintiff,          :     1:22-cv-2551-GHW
                                                                :
                          -v -                                  :     ORDER
                                                                :
DIRECTOR UR MENDOZA JADDOU,                                     :
SECRETARY ALEJANDRO NICHOLAS                                    :
MAYORKAS, DIRECTOR GREGORY A.                                   :
RICHARDSON,                                                     :
                                                                :
                                            Defendants.         :
                                                                :
--------------------------------------------------------------- X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/7/2022

GREGORY H. WOODS, United States District Judge:

On March 31, 2022, the Court ordered Plaintiff to show cause why this case should not be transferred to the Eastern District of New York. Dkt No. 6. Plaintiff responded on April 5, 2022 consenting to the transfer of this matter to the Eastern District of New York. Dkt. No. 7. Defendants have yet to appear in this case.

28 U.S.C. § 1404(b) provides that "in the interest of justice, a district court may transfer any civil action . . . to any district or division to which all parties have consented." The Court may also transfer a case "[f]or the convenience of the parties and witnesses, in the interest of justice." 28 U.S.C. § 1404(a).

Plaintiff is directed to serve a copy of this order on all Defendants in this action and retain proof of service. The Clerk of Court is directed to transfer this case to the Eastern District of New York without delay.

SO ORDERED.

Dated: April 7, 2022
       New York, New York

_____
GREGORY H. WOODS
United States District Judge